IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PERMOBIL, INC. | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:11-0503 |
| | ) JUDGE SHARP/KNOWLES |
| SUNRISE MEDICAL HHG, INC., | ) |
| Defendant. | ) |

## ORDER

The Court held a conference call with counsel for the parties on January 19, 2012. For the reasons set forth on the record during that call, Plaintiff shall produce the documents at issue and its supplemental Interrogatory Responses on or before January 31, 2012.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge